E-mail: jason@gnslawgroup.com
Jason G. Short
Gilroy | Napoli | Short Law Group
12755 SW 69th Ave., Ste. 200
Portland, OR 97223
Telephone: 503.747.7198
Fax: 503.747.2951
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REBECA RODRIGUEZ, | Case No. 3:23-cv-01179-SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | Judge: Michael H. Simon |
| GEICO CASUALTY COMPANY, | |
| Defendant. | |

Upon consideration of Plaintiff's unopposed Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

**SO ORDERED**

Date: 9/25/2023

_____
MICHAEL H. SIMON
United States District Judge